DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MASSOOD JALLALI, DR. MASSOOD JALLALI, P.A.,
CYRUS A. BISCHOFF,** and **CYRUS A. BISCHOFF, P.A.,**
Appellants,

v.

**SCOTT ILGENFRITZ, GUY M. BURNS, F. WALLACE POPE, JR.,
BRUCE H. BOKOR, DENNIS G. RUPPEL, JOHNSON, POPE,
BOKER, RUPPEL & BURNS, LLP,** and **KEVIN ZHOU,**
Appellees.

No. 4D20-0005

[April 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE18-012529 (05).

Eugene Steele, Fort Lauderdale, for appellants.

Kimberly Kanoff Berman and Craig S. Hudson of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, for appellees Scott C. Ilgenfritz, Guy M. Burns, F. Wallace Pope, Jr., Bruce H. Bokor, Dennis G. Ruppel, and Johnson, Pope, Bokor, Ruppel & Burns, LLP.

PER CURIAM.

*Affirmed.*

GERBER, KUNTZ and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***